IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO.3) LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HETERO USA, INC., HETERO LABS LIMITED UNIT-III, and HETERO LABS LIMITED,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-547 (MSG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited (collectively, "Plaintiffs" or "ViiV") and Defendants Hetero USA, Inc. ("Hetero USA"), Hetero Labs Limited Unit-III[1] ("Hetero Unit-III"), and Hetero Labs Limited ("Hetero Labs") (collectively, "Defendants" or "Hetero") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Hetero's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended to October 21, 2024.

---

1 Hetero Labs Limited Unit-III is not a distinct entity, but rather a division of Hetero Labs

Dated: September 20, 2024

| | |
|---|---|
|   /s/ Alexandra M. Joyce<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs*<br>*ViiV Healthcare Company,*<br>*Shionogi & Co., Ltd., and*<br>*ViiV Healthcare UK (No. 3) Limited* |   /s/ Cortlan S. Hitch<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>Chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Hetero USA, Inc.,*<br>*Hetero Labs Limited Unit-III and*<br>*Hetero Labs Limited* |

**SO ORDERED** this \_\_\_\_ day of _____, 2024.

_____
United States District Court Judge

Limited.